IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TONI ALEXANDRA EVOLA, )
)
    Plaintiff, )
) Case No. 3:13-cv-0104
v. ) Chief Judge Haynes
)
CITY OF FRANKLIN, TENNESSEE, )
)
    Defendant. )

## O R D E R

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 27) is **GRANTED** and Plaintiff's motion for summary judgment (Docket Entry No. 36) is **DENIED**. Defendant's motion to strike the Plaintiff's affidavit (Docket Entry No. 49) is **GRANTED in part**, as set forth in the memorandum filed herewith. The action is **DISMISSED with prejudice**.

It is so **ORDERED**.

This is the Final Order in this action.

ENTERED this the 29th day of April, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge